IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                                  Date: March 23, 2007
Darlene Martinez, Court Reporter

Criminal Action No. 07-cr-00057-EWN

*Parties:*                                                  *Counsel:*

UNITED STATES OF AMERICA,                                   James Boma

      Plaintiff,

v.

1. JOSEPH S. TORREZ, III,                                   Barrett Weisz
2. GREGORY W. MONTGOMERY, and                               Martin Stuart
3. DANIEL R. VALDEZ,                                        Robert Pepin

      Defendants.

---

# COURTROOM MINUTES

---

**Hearing Regarding Motion to Continue**

**2:16 p.m.**   Court in session.

Discussion regarding defendants' motions to continue.

**ORDERED: 1.**   **Defendant Torrez's Motion to Find the Ends of Justice Merits Vacating the April 16, 2007 Trial Date, and Request for a Status Hearing (#39, filed March 9, 2007) is GRANTED.**

**ORDERED: 2.**   **Defendant Montgomery's Motion to Continue Trial Pursuant to U.S.C. § 3161(h)(8)(A) (#35, filed March 9, 2007) is GRANTED.**

*Courtroom Minutes*
*07-cr-00057-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 2*

**ORDERED:   3.     Defendant Valdez's Motion for an Ends of Justice Continuance, Reschedule Motions Filing Deadlines, Vacate Trial Date, and Set Status Conference (#36, filed March 9, 2007) is GRANTED.**

Speedy trial findings. The court finds that a period of sixty days is excludable solely by virtue of this finding pursuant to Section 3161(h)(8) and is separate from and in addition to any time which has been or may become excludable under any other provision of the Speedy Trial Act.

**ORDERED:   4.     The trial date and all other dates and deadlines are vacated.**

Counsel are directed to chambers for new trial date and further status conference date.

**2:23 p.m.**     Court in recess.

Hearing concluded.

Total time: 00:07