IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00057-EWN-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JOSEPH S. TORREZ, III,

    Defendant.
_____

## PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

THAT defendant Joseph S. Torrez, II pleaded guilty to Counts one and two of the Indictment and agreed to forfeit to the United States pursuant to 21 U.S.C. §853, all right, title, and interest to (a) $1,400.00 in United States currency, and (b) $50,000.00 in certified funds; $30,000 to be paid at the time of sentencing and the remaining $20,000 to be paid from the bond, in lieu of forfeiture of 3354 Larimer Street, Denver, Colorado as set forth in Court 3 of the Indictment and the United States' Bill of Particulars; and

THAT prior to the disposition of the asset, the United States Marshals Service is required to seize the forfeited property.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant Joseph S. Torrez's interest in (a) $1,400.00 in United States currency, and (b) $50,000.00 in certified funds; $30,000.00 to be paid to the United States at the time of sentencing and the remaining $20,000.00 to be paid from the bond on the date the bond is releaed, is forfeited to the United States in accordance with 21 U.S.C. §853.

THAT the United States Marshals Service, or its designated agent, is directed to seize and take custody of the property subject to forfeiture;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. §853(n), in which all interests will be addressed.

SO ORDERED this 30th day of November, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge
District of Colorado