IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                    Date: November 30, 2007
Therese Lindblom, Court Reporter
Elizabeth Oppenheimer, Probation Officer

Criminal Action No. 07–cr–00057–EWN

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,                     James Boma

      Plaintiff,

v.

1.  JOSEPH S. TORREZ, III,                    Kevin McGreevy
3.  DANIEL R. VALDEZ,                         Robert Pepin

      Defendants.

---

## SENTENCING MINUTES

---

**9:03 a.m.**      Court in session.

**Defendant Torrez pled guilty on September 13, 2007, to Counts One and Two of the Indictment.**

**Defendant Valdez pled guilty on September 13, 2007, to Counts One and Two of the Indictment.**

Mitigation statement by Mr. McGreevy.

Defendant Torrez declines making a statement.

Mitigation statement by Mr. Pepin.

Statement by Defendant Valdez.

Statement by Mr. Boma.

Court's findings.

**ORDERED: 1.**      **No fine is imposed.**

**ORDERED: 2.**      **Defendant Torrez is imprisoned for a term of fifty-eight months on each count, to be served concurrently.**

The court recommends FPC Englewood for service of sentence. The court recommends that Defendant Torrez be considered for participation in the Residential Drug Abuse Program.

**ORDERED: 3.**      **Defendant Valdez is imprisoned for a term of twenty-seven months on each count, to be served concurrently.**

The court recommends FPC Englewood for service of sentence. The court recommends that Defendant Valdez be considered for participation in the Residential Drug Abuse Program.

**ORDERED: 4.**      **Upon release from imprisonment, each defendant shall be placed on supervised release for a period of four years on each count, to be served concurrently.**

**ORDERED: 5.**      **Within seventy-two hours of his release from the custody of the Bureau of Prisons, each defendant will report in person to the probation office in the district in which he is released.**

**ORDERED: 6.**      **Conditions of supervised release are:**

         **a.**      **Each defendant is to observe all of the standard conditions of supervised release.**

         **b.**      **Each defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

         **c.**      **Each defendant is not to illegally possess or use controlled substances.**

      **d.**      **Each defendant is to submit to one drug test within 15 days of his release and two other periodic tests, as directed by the probation officer.**

      **e.**      **Each defendant is not to commit a federal, state, or local crime.**

      **f.**      **Each defendant shall cooperate in the collection of DNA as directed by the probation officer.**

      **g.**      **Each defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant shall be required to pay the costs of treatment as directed by the probation officer.**

      **h.**      **Each defendant shall participate in a program for testing and treatment of alcohol abuse, as directed by the probation officer, until he is released from the program by the probation officer. He shall pay all costs associated with this program.**

**ORDERED: 7.**      **Each defendant shall pay a special assessment fee of $200 due immediately.**

**ORDERED: 8.**      **The Government's Motion for Preliminary Order of Forfeiture (#114, filed November 28, 2007) is GRANTED.**

**ORDERED: 9.**      **The Government's Motion for Sentencing Reduction Under the Provisions of §5K1.1, U.S. Sentencing Guidelines, and Title 18, United States Code, Section 3553(e) (#110, filed November 20, 2007) is GRANTED.**

**ORDERED: 10.**      **The Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) (#112, filed November 20, 2007) is GRANTED.**

**ORDERED: 11.**      **The Government's Motion for Sentencing Reduction Under the Provisions of §5K1.1, U.S. Sentencing Guidelines, and Title 18, United**

**States Code, Section 3553(e) (#111, filed November 20, 2007) is GRANTED.**

**ORDERED: 12.    The Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) (#113, filed November 20, 2007) is GRANTED.**

**ORDERED: 13.    Plea agreements are accepted.**

Each defendant is advised of his right to appeal.

Each defendant is ordered to surrender himself voluntarily to the facility designated by the United States Bureau of Prisons within fifteen days of the date of designation.

Mr. Pepin requests that Mr. Valdez be released from the halfway house to reside at his mother's home. Government has no objection.

**ORDERED: 14.    Defendant Valdez shall be released from the halfway house to reside at his mother's home.**

**ORDERED: 15.    Defendant Torrez' bond is discharged.**

**ORDERED: 16.    Defendant Valdez' bond is discharged.**

**9:30 a.m.**    Court in recess.

Hearing concluded.

Total time in court:    00:27