IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 07-cr-00057-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSEPH S. TORREZ, III,

    Defendant.

---

**ORDER GRANTING GOVERNMENT'S MOTION FOR A POST-SENTENCING REDUCTION UNDER THE PROVISIONS OF RULE 35(b), FED R. CRIM. P.**

---

This matter coming before the Court on the Government's referenced motion (Doc. # 141), and the Court, after reviewing the Motion and the file in this matter, having heard the argument of counsel, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that good cause has been shown and the Government's Motion (Doc. # 141) is GRANTED.

THEREFORE, Defendant Torrez's term of imprisonment is REDUCED TO TIME SERVED. The Probation Office is hereby directed to provide an AMENDED Judgment of Conviction consistent with this Order. Except as modified herein above, the terms of the Judgment of Conviction in this case (Doc. # 120) remain in full force and effect.

DATED: January 22, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge